# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| STACY MAYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 8:22-cv-00639-SCB-TGW |
| ) | |
| H. LEE MOFFITT CANCER CENTER AND RESEARCH INSTITUE, INC. d/b/a MOFFITT CANCER CENTER, ) ) ) ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, STACY MAYS, and Defendant, H. LEE MOFFITT CANCER CENTER AND RESEARCH INSTITUTE, INC. d/b/a MOFFITT CANCER CENTER, through their undersigned counsel, and pursuant to the Order Administratively Closing File (Dkt. 17) and Federal Rule of Civil Procedure 41, file this their Stipulation for Final Order of Dismissal with Prejudice, and request that this Court dismiss this action, with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 9th day of June, 2022.

Respectfully submitted,

| | |
|---|---|
| JUSTICE FOR JUSTICE LLC<br>1205 N Franklin St, Suite 326<br>Tampa, Florida 33602<br>Telephone: 813-723-1550<br>Facsimile: 813-566-0770<br><br>/s/ *Chad A. Justice*<br>Chad A. Justice, Esq.<br>Florida Bar Number: 121559<br>chad@getjusticeforjustice.com<br><br>**ATTORNEYS FOR PLAINTIFF** | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone:  (407) 246-8440<br>Facsimile:    (407) 246-8441<br><br>/s/ *Stephanie L. Adler-Paindiris*<br>Stephanie L. Adler-Paindiris<br>Florida Bar No. 0523283<br>stephanie.adler-paindiris@jacksonlewis.com<br><br>Kathleen C. Shea<br>Florida Bar No. 102837<br>kathleen.shea@jacksonlewis.com<br><br>**ATTORNEYS FOR DEFENDANT** |

4869-3423-6452, v. 1